## Commonwealth *v.* Goodwyn, Appellant.

Submitted April 21, 1969. Before Bell, C. J., Jones, Eagen, O'Brien, Roberts and Pomeroy, JJ.

*Joshua Goodwyn,* appellant, in propria persona.

*Howard T. Gathright,* Assistant District Attorney, and *Ward F. Clark,* District Attorney, for Commonwealth, appellee.

Opinion Per Curiam, May 28, 1969:
Order affirmed.
Mr. Justice Cohen took no part in the consideration or decision of this case.